PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT

CASE NO.: 2:25-mj-00261-EJY

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding Indictment/Information  ☐ Defendant Added  ☐ Charges/Counts Added

USA vs.
Defendant: Paul Hyon Kim

Name of District Court, and/or Judge/Magistrate Location (City):
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA    Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Jacob Operskalski
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): Jacob Operskalski

Address:

☐ Interpreter Required   Dialect: _____

Birth Date: _____   ☒ Male  ☐ Female   ☐ Alien (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):
STEVEN ARTHUR BAXTER - FBI

Social Security Number: _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Nevada    County: Clark

**DEFENDANT**

Issue: ☒ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☒ Currently in State Custody
  ☒ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 26 U.S.C. § 5861(d) | Unlawful Possession of an Unregistered Firearm (Destructi... | ☒ Felony  ☐ Misdemeanor |
| 1 | 18 U.S.C. § 844(i) | Arson | ☒ Felony  ☐ Misdemeanor |
|  |  |  | ☐ Felony  ☐ Misdemeanor |
|  |  |  | ☐ Felony  ☐ Misdemeanor |
|  |  |  | ☐ Felony  ☐ Misdemeanor |

[Submit]  [Go]