**FILED**
**U.S. MAGISTRATE JUDGE**

DATE: March 27, 2025

TIME: 11:15 a.m.

1  SUE FAHAMI
   Acting United States Attorney
2  Nevada Bar No. 5634
   JACOB H. OPERSKALSKI
3  Assistant United States Attorney
   Nevada Bar Number 14746
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  PHONE: (702) 388-6336
   jacob.operskalski@usdoj.gov
6  Representing the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL HYON KIM,<br><br>    Defendant. | Case No.: 2:25-mj-00261-EJY<br><br>**Petition for Writ of Habeas Corpus Ad Prosequendum for**<br>**PAUL HYON KIM**<br>**(ID # 08814135)** |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Clark County Detention Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce **PAUL HYON KIM,** before the United States District Court on or about May 27, 2025 at 2:30 p.m._____, for initial appearance regarding a Criminal Complaint.

**PAUL HYON KIM** is currently in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

On March 27, 2025, this Court issued a Criminal Complaint in the above-captioned matter charging **PAUL HYON KIM.**

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce **PAUL HYON KIM**, before this Court for the purpose of initial appearance regarding a Criminal Complaint and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

Respectfully submitted this 27th day of March 2025

SUE FAHAMI
Acting United States Attorney

By *Jacob Operskalski*
JACOB H. OPERSKALSKI
Assistant United States Attorney

Attorneys for Plaintiffs
UNITED STATES OF AMERICA