FILED
U.S. MAGISTRATE JUDGE

DATE: March 27, 2025
TIME: 11:15 a.m.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL HYON KIM,<br><br>　　　　　Defendant. | Case No.: 2:25-mj-00261-EJY<br><br>**Order for Issuance of Writ<br>of Habeas Corpus Ad Prosequendum<br>　For PAUL HYON KIM<br>　(ID # 08814135)** |

　　Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

　　**IT IS HEREBY ORDERED** that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of **PAUL HYON KIM**, before the United States District Court at Las Vegas, Nevada, on or about March 27, 2025 at 2:30 p.m._____, for initial appearance regarding a Criminal Complaint and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

　　DATED:  March 27, 2025

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE