FILED
U.S. MAGISTRATE JUDGE

DATE: March 27, 2025

TIME: 11:15 a.m.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL HYON KIM,<br><br>    Defendant | Case No.: 2:25-mj-00261-EJY<br><br>**Writ of Habeas Corpus Ad Prosequendum for PAUL HYON KIM**<br> (ID # 08814135) |

TO:  WARDEN,
     CLARK COUNTY DETENTION CENTER
     LAS VEGAS, NEVADA
     UNITED STATES MARSHAL FOR THE DISTRICT OF
     NEVADA AND ANY OTHER UNITED STATES MARSHAL

### G R E E T I N G S

WE COMMAND that you have the body of **PAUL HYON KIM,** detained in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about March 27, 2025 at 2:30 p.m._____, for initial appearance regarding a Criminal Complaint and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until **PAUL HYON KIM**, is released and discharged by the said Court; and that you shall thereafter return **PAUL HYON KIM**, to the custody of

the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED: March 27, 2025

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

Date: 3/27/2025

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

2