AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

**FILED**
**U.S. MAGISTRATE JUDGE**

DATE: March 27, 2025

TIME: 11:15 a.m.

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:25-mj-00261-EJY |
| PAUL HYON KIM | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PAUL HYON KIM,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

26 U.S.C. § 5861(d) - Unlawful Possession of an Unregistered Firearm (Destructive Device)
18 U.S.C. § 844(i)  - Arson

Date: March 27, 2025

*Issuing officer's signature*

City and state: Las Vegas, Nevada          Honorable Elayna J. Youchah, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/27/25, and the person was arrested on *(date)* 03/27/25
at *(city and state)* LAS VEGAS.

Date: 03/27/25

*Arresting officer's signature*

M MOORE FOR FBI
*Printed name and title*